01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08 UNITED STATES OF AMERICA,          )
                                       )    CASE NO. CR09-157-MJP
09          Plaintiff,                 )
                                       )
10     v.                              )    SUMMARY REPORT OF U.S.
                                       )    MAGISTRATE JUDGE AS TO
11 BOEMONT JAMES BRIDE,                )    ALLEGED VIOLATIONS
                                       )    OF SUPERVISED RELEASE
12          Defendant.                 )
   _____ )
13

14          An evidentiary hearing on supervised release revocation in this case was scheduled

15 before me on December 9, 2011.  The United States was represented by AUSA Francis

16 Franze-Nakamura and the defendant by Jennifer Wellman.  The proceedings were digitally

17 recorded.

18          Defendant had been sentenced on or about August 24, 2006 by the Honorable Jack D.

19 Shanstrom in the District of Montana (Case No. CR05-168-GF-JDS-01) on a charge of

20 Manufacture of Counterfeit Currency, and sentenced to 36 months custody, 3 years supervised

21 release. The case was transferred to this District on May 20, 2009. (Dkt. 3-1.)

22          The conditions of supervised release included the standard conditions plus the

01 requirements that defendant participate in substance abuse testing, participate in a substance

02 abuse program, submit to search, provide his probation officer with financial information upon

03 request, abstain from alcohol, and pay restitution in the amount of $420. (Dkt. 3-24 *et seq.*)

04     The conditions of probation were modified on July 2, 2009 to require defendant to

05 participate in a home confinement program with electronic monitoring and sobrietor for up to

06 120 days. (Dkt. 4.) An additional 120 days was added on October 6, 2009. (Dkt. 5.)

07     On March 29, 2011, defendant admitted violating the conditions of supervised release

08 by failing to participate in substance abuse testing, using methamphetamine and amphetamines,

09 and failing to follow the instructions of his probation officer by using a synthetic cannabinoid.

10 (Dkt. 15.) Defendant was sentenced to 90 days in custody, one year supervised release. (Dkt.

11 19.)

12     In an application dated November 16, 2011 (Dkt. 20, 21), U.S. Probation Officer Brian

13 K. Facklam alleged the following violations of the conditions of supervised release:

14     1.    Using amphetamine on or about October 5, 2011, in violation of standard

15 condition No. 7.

16     2.    Failing to appear for drug testing on July 27, August 26, August 29, October 4,

17 November 1, and November 14, 2011, in violation of his special condition of supervision which

18 directs that he submit to drug testing as directed.

19     3.    Failing to participate as instructed in a substance abuse program on or before

20 November 10, 2011, in violation fo the special condition directing him to do so.

21     Defendant was advised in full as to those charges and as to his constitutional rights.

22     Defendant admitted the violations and waived any evidentiary hearing as to whether

01  they occurred.   (Dkt. 27.)

02      I therefore recommend the Court find defendant violated his supervised release as

03  alleged in violations 1-3, and that the Court conduct a hearing limited to the issue of disposition.

04  The next hearing will be set before Judge Pechman.

05      Pending a final determination by the Court, defendant has been released on supervision.

06      DATED this 9th day of December, 2011.

                                                    _____
                                                    Mary Alice Theiler
                                                    United States Magistrate Judge

11  cc:     District Judge:            Honorable Marsha J. Pechman
            AUSA:                      Francis Franze-Nakamura
12          Defendant's attorney:      Jennifer Wellman
            Probation officer:         Brian K. Facklam